UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AVIS CONSTRUCTION, INC., a California corporation; ANYAGA ONYEKACHI JOHNSON, an individual; DOE 1 through DOE 10, inclusive,<br><br>Defendants.<br>_____ | CASE NO: CV10-7354 JHN(MANx)<br><br>**SUMMARY JUDGMENT AGAINST DEFENDANT ANYAGA ONYEKACHI JOHNSON** |

    Plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company (hereinafter "CLTF" where not referred to by its full above-captioned name), brought three claims for relief in this action. Judgment by default has been entered in favor of CLTF against defendant Avis Construction, Inc., a California corporation (hereinafter "Avis

Construction"), on CLTF's first and third claims for relief for monetary damages and injunctive relief. [Court Document No. 23.]

CLTF has now filed a motion for summary judgment on its second claim for relief against defendant Anyaga Onyekachi Johnson, an individual (hereinafter "JOHNSON" where not referred to by her full above-captioned name). Having considered the parties' points and authorities, declarations and other papers filed in support of and opposition to the motion, and all other records and documents on record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. **On PLAINTIFF'S SECOND CLAIM FOR RELIEF, JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance and Laborers Contract Administration Trust Fund for Southern California (hereinafter "Trust Funds" when referred to collectively), and **AGAINST DEFENDANT ANYAGA ONYEKACHI JOHNSON, AN INDIVIDUAL, IN THE PRINCIPAL SUM OF $18,849.59** (consisting of $7,932.84 in Monthly Contributions, $6,957.75 in liquidated damages, $3,130.20 in interest and $828.80 in audit fees).

2. The monetary damages awarded against defendant JOHNSON are derivative of a subset of the greater amount previously awarded in this action against defendant Avis Construction by default. By entry of this judgment, the monetary damages awarded hereby and a portion of the monetary damages previously awarded against Avis Construction up to that amount are awarded jointly and severally

against Avis Construction and JOHNSON. Any satisfaction by defendant JOHNSON of the judgment awarded hereby will serve to satisfy the judgment against Avis Construction in the same amount. Any satisfaction by Avis Construction of the judgment entered against it by default in this action will first serve to satisfy amounts due by it solely; only once the amounts due on that judgment solely by Avis Construction are satisfied will amounts paid by, or otherwise recovered from enforcement of that judgment against, Avis Construction, serve to also satisfy the judgment entered against defendant JOHNSON hereby.

3. The monetary judgment issued hereby is for known amounts due jointly and severally by defendants JOHNSON and Avis Construction related to delinquencies to the Trust Funds incurred by Avis Construction during the period January 2008 through March 2009. The Trust Funds have conducted an audit of Avis Construction, Inc.'s records through May 2009. This judgment shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any constituent Trust Fund (including CLTF on behalf of the Trust Funds or any constituent Trust Fund) to determine and collect any additional amount due, or that comes due, by Avis Construction, JOHNSON or any other person or entity, related to any additional delinquency of Avis Construction incurred for any month after May 2009.

4. CLTF shall be entitled to file a motion for an award of attorneys fees and an application for an award of costs in accordance with applicable rules of civil procedure, including Rule 54 of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure of the Central District of California.

Dated: __November 22, 2011___

JACQUELINE H. NGUYEN, Judge of the United States District Court for the Central District of California

LA10CV07354JHN-O.wpd