UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AVIS CONSTRUCTION, INC., a California corporation; et al.,<br><br>Defendants. | CASE NO.: 2:10-cv-7354 MWF (MRWx)<br><br>**RENEWAL OF JUDGMENT BY CLERK AGAINST JUDGMENT DEBTOR AVIS CONSTRUCTION, INC.**<br><br>[NO HEARING SCHEDULED] |

On August 1, 2011, default judgment was entered in this action ("Judgment") in favor of Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company ("Judgment Creditor"), an administrator of, agent for collection for, fiduciary to, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract

1

Compliance and Laborers Contract Administration Trust Fund for Southern California, and against Avis Construction Inc., a California corporation ("Avis") in the amount of 256,535.87.

[Notices of Judgment Lien]  Notices of judgment liens as to the Judgment have been filed with the California Secretary of State as follows:

| Date: | Instrument No.: |
|---|---|
| August 24, 2011 | 11-7283154395 |
| June 16, 2016 | 1675316212 |

[Abstracts of Judgment]  Abstracts of Judgment as to the Judgment have been recorded as follows:

| Date: | County: | Instrument Number |
|---|---|---|
| September 7, 2011 | Los Angeles | 20111209560 |
| December 23, 2016 | Orange | 2016000653945 |

The money Judgment against Avis is renewed in the amount of $256,535.87 as follows:

a. Total Judgment……………………………………… $ 251,344.40
b. Costs after Judgment……………………………… $        0.00
c. Less Credits after Judgment………………….…… $        0.00
d. Interest after Judgment computed from August 1, 2011 to June 1, 2021 at 0.21% (accruing at $1.45 per day)………………….. $    5,191.47
e. Total Renewed Judgment…………………….…... $ 256,535.87

DATED: June 8, 2021

_____
CLERK OF THE COURT

2