UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AVIS CONSTRUCTION, INC., a California corporation; ANYAGA ONYEKACHI JOHNSON, an individual; DOE 1 through DOE 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-7354 MWF (MRWx)<br><br>**RENEWAL OF JUDGMENT BY CLERK AGAINST JUDGMENT DEBTOR ANYAGA ONYEKACHI JOHNSON**<br><br>[NO HEARING SCHEDULED] |

On November 23, 2011, summary judgment was entered in this action ("Judgment") in favor of Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company ("Judgment Creditor"), an administrator of, agent for collection for, fiduciary to, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract

Compliance and Laborers Contract Administration Trust Fund for Southern California ("Judgment Creditor"), and against Anyaga Onyekachi Johnson ("Johnson") in the amount of $18,849.59.

[Notices of Judgment Lien]  A notice of judgment lien and a continuation of judgment lien as to the Judgment against Johnson have been filed with the California Secretary of State as follows:

| Date | Instrument No. | |
|---|---|---|
| December 27, 2011 | 11-7295355371 | (notice of judgment lien) |
| August 8, 2016 | 1675405423 | (continuation statement) |

[Abstracts of Judgment]  Two abstracts of judgment and an amendment to abstract of judgment as to the Judgment against Johnson have been recorded as follows:

| Date | County | Instrument Number | |
|---|---|---|---|
| January 9, 2012 | Los Angeles | 20120033339 | (abstract) |
| August 05, 2016 | Los Angeles | 20160929208 | (amendment) |
| December 23, 2016 | Orange | 2016000653946 | (abstract) |

The money Judgment against Johnson is renewed in the amount of $19,047.05 as follows:

a. Total Judgment………………………………………… $ 18,849.59
b. Costs after Judgment……………………………….$       0.00
c. Less Credits after Judgment……………………….$       0.00
d. Interest after Judgment computed from November 23, 2011 to Jun 1, 2021 at 0.11% (accruing at $0.06 per day)……………………..  $     197.46
e. Total Renewed Judgment…………….………....$  19,047.05

DATED: June 10, 2021

_____
CLERK OF THE COURT

2